**Maurice DANIELS, Petitioner-**
**Appellant,**

v.

**UNITED STATES of America,**
**Respondent-Appellee.**

**No. 16-16338**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(October 27, 2017)

Richard Carroll Klugh, Jr., Law Offices of Richard C. Klugh, Miami, FL, for Petitioner-Appellant

Sivashree Sundaram, U.S. Attorney's Office, Fort Lauderdale, FL, Wifredo A. Ferrer, Lisa A. Hirsch, Anthony W. Lacosta, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Respondent-Appellee

Before TJOFLAT, WILLIAM PRYOR and NEWSOM, Circuit Judges.

PER CURIAM:

Maurice Daniels appeals the denial of his motion to vacate. 28 U.S.C. § 2255. We issued a certificate of appealability to address whether Daniels is entitled to relief from his firearm convictions on the ground that *Johnson v. United States*, —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015), invalidated the "risk of force" clause in 18 U.S.C. § 924(c)(3)(B). We affirm the denial of Daniels's motion.

Daniels's argument is foreclosed by our recent decision in *Ovalles v. United States*, 861 F.3d 1257 (11th Cir. 2017). In *Ovalles*, we held "that *Johnson*'s void-for-vagueness ruling does not apply to or invalidate the 'risk-of-force' clause in § 924(c)(3)(B)." *Id.* at 1265. Because section 924(c)(3)(B) is not unconstitutionally vague, Daniels is not entitled to relief from his convictions.

We **AFFIRM** the denial of Daniels's motion to vacate.